IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT FERNANDEZ,<br><br>            Plaintiff,<br><br>      vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>            Defendant. | 1:07cv0313 OWW DLB<br><br>ORDER TO SHOW CAUSE |

  On February 22, 2007, Plaintiff filed the present action for judicial review of the denial of Social Security benefits. On August 15, 2007, Defendant filed a motion to dismiss the complaint as untimely. Plaintiff has not filed an opposition to the motion.

  Therefore, Plaintiff is ORDERED TO SHOW CAUSE, if any he has, why the motion to dismiss should not be granted. Plaintiff is ORDERED to file an opposition to the motion to dismiss, or a statement of non-opposition, within ten (10) days of the date of this Order. Failure to do so will result in a recommendation that this action be dismissed.

  IT IS SO ORDERED.

  **Dated:** **November 29, 2007**    **/s/ Dennis L. Beck**
                       UNITED STATES MAGISTRATE JUDGE

1