IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT FERNANDEZ, <br><br> Plaintiff, <br><br> vs. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | 1:07cv0313 OWW DLB <br><br> FINDINGS AND RECOMMENDATION REGARDING DEFENDANT'S MOTION TO DISMISS <br><br> (Document 13) |

On February 22, 2007, Plaintiff filed the present action for judicial review of the denial of Social Security benefits.

On August 15, 2007, Defendant filed a motion to dismiss the complaint as untimely. Plaintiff filed a statement of non-opposition on December 4, 2007.

Accordingly, the Court recommends that Defendant's unopposed motion to dismiss be GRANTED and that this action be DISMISSED.

**RECOMMENDATION**

Based on the foregoing, the Court recommends that Defendant's motion to dismiss be GRANTED and this action be DISMISSED.

1

These findings and recommendations will be submitted to the Honorable Oliver W. Wanger, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l).  Within fifteen (15) days after being served with these findings and recommendations, the parties may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated:  **December 10, 2007**          **/s/ Dennis L. Beck**
                                       UNITED STATES MAGISTRATE JUDGE

2