IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| VINCENT FERNANDEZ, | ) | 1:07cv0313 OWW DLB |
| | ) | |
| | ) | ORDER ADOPTING FINDINGS AND |
| | ) | RECOMMENDATION |
| Plaintiff, | ) | |
| | ) | (Document 16) |
| vs. | ) | |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

On February 22, 2007, Plaintiff, proceeding pro se, filed the present action for judicial review of the denial of Social Security benefits.

On December 11, 2007, the Magistrate Judge issued Findings and Recommendation that Defendant's motion to dismiss the action be GRANTED and that the action BE DISMISSED. The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within fifteen (15) days. Over fifteen days have passed and no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations dated December 11, 2007, is ADOPTED IN FULL; and
2. Defendant's motion to dismiss is GRANTED and this action is DISMISSED.

This terminates this action in its entirety.

IT IS SO ORDERED.

**Dated:     January 10, 2008**                    /s/ Oliver W. Wanger
                                                   UNITED STATES DISTRICT JUDGE

2